UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:21-cr-116

vs.

CLAY A. SWANSON,                     District Judge Michael J. Newman
                                                                  Magistrate Judge Sharon L. Ovington

    Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 30)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 30.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in Count One of the Information, which charges him with conspiracy to possess with intent to distribute 50 grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).  Doc. No. 25.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **January 27, 2022 at 11:00 AM**.

    **IT IS SO ORDERED.**

Date:  October 14, 2021                         s/ Michael J. Newman
                                                    Hon. Michael J. Newman
                                                    United States District Judge